UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MELVIN HUNDT,

    Plaintiff,

v.                                                     Case No: 5:21-cv-317-GKS-PRL

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____

## ORDER

This case is before the Court on the Commissioner's opposed motion to stay the case for ninety days to produce the certified transcript of the record necessary for this case. (Doc. 14). Due to the global COVID-19 pandemic, the SSA has taken certain steps to maximize social distancing, including suspending in-office services to the public and moving rapidly toward a virtual work environment. The SSA's Office of Appellate Operations ("OAO") in Falls Church, Virginia has redesigned its business practices to allow for a mostly virtual transcript preparation process. Despite these changes, the OAO faces a significant backlog of work that has built up during the past months. The Commissioner represents that Plaintiff opposes the requested stay.

Given the unique challenges caused by the pandemic, the Court is inclined to afford additional time to the Commissioner in order to obtain the transcript of the record in this case. However, the need for an extension must be balanced with Plaintiff's right to have his case decided.

Accordingly, the Commissioner's unopposed motion (Doc. 14) is GRANTED to the

- 2 -

extent that the Commissioner shall file an answer and the transcript of the record for this case on or before December 9, 2021.

**DONE** and **ORDERED** in Ocala, Florida on September 10, 2021.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties